

**Shailendra Maheshwari**
202.997.1925
smaheshwari@daignaultiyer.com

8229 Boone Blvd.
Suite 450, Vienna, VA 22182

**Confidential – Subject to FRE 408**
<u>January 10, 2025</u>

**Sent via Federal Express and electronic mail to:**
privacy@frontpointsecurity.com

FrontPoint Security Solutions, LLC d/b/a FrontPoint Security Solutions, LP
Attn: Legal
22650 Executive Drive, Suites 119-122
Sterling, VA 20166

-and-

Capital Corporate Services, Inc.
Attn: Legal
10 South Jefferson St., Suite 1400
Roanoke, VA 24011

> **Re:    FrontPoint Security Solutions, LLC's Patent Licensing Discussion with Innovation Sciences, LLC**

Dear Sir or Madam,

We represent Innovation Sciences, LLC ("Innovation") in connection with its patent litigation and licensing efforts. Innovation's patents relate to, among other things, providing home security systems and methods.

Our investigation has revealed that FrontPoint Security Solutions, LLC (hereinafter, "FrontPoint") offers products and services and/or system offerings that utilize the inventions of Innovation's patents, including, but not limited to U.S. Patent No. 10,368,125. We have provided the enclosed representative claim chart of the alleged use by FrontPoint demonstrating the same. Additionally, Innovation owns and/or seeks additional patents, including but not limited to: 10,104,425; 10,136,179; and, 10,469,898, which are directly relevant to the products and services offered by your company. Innovation also has patents on these inventions in multiple jurisdictions around the world, including China.

Innovation is actively seeking to license its patent portfolio and is open to discussions about mutually beneficial licensing arrangements. We believe a licensing agreement could help your company enhance its competitive position in the market, and we are willing to consider exclusive or non-exclusive licensing, investment opportunities, or other arrangements. To

**Confidential – Subject to FRE 408**
January 10, 2025
Page 2

encourage early discussions, Innovation is offering discounted licenses to those parties who engage promptly.

      With this in mind, we invite FrontPoint to begin licensing negotiations at your earliest convenience. We would appreciate hearing from you on or before **January 31, 2025**.

      This letter is being sent without prejudice to all claims, defenses, rights, and remedies in law or equity, including the right to seek judicial relief, all of which are expressly reserved.

      I look forward to hearing back from you.

          Sincerely,

          *Shailendra Maheshwari*

          Shailendra Maheshwari
          Daignault Iyer LLP

Enclosure(s):

Representative claim chart – *Innovation Sciences, LLC v. FrontPoint Security Solutions, LLC*

Confidential – Subject to FRE 408

**FRONTPOINT CLAIM CHART**

**U.S. PATENT NO. 10,368,125 – CLAIM 38**

| Claimed Limitation | Corresponding Structure in Accused Systems – Frontpoint |
|---|---|
| **Claim 38** | |
| 38. A wireless HUB system with a device identifier comprising: | Frontpoint provides a wireless security hub, referred to as the Frontpoint Hub. <br><br> The Frontpoint Hub can communicate wirelessly with cameras and sensors, The Frontpoint Hub has a device identifier. <br><br> They are the central command center of every Frontpoint home security system. It starts with the Frontpoint Hub, the brains behind the protection. Small and sleek, the Hub replaces industrial-looking, old-school control panels and is powered by advanced home security technology like a dual WiFi / cellular connection. Why a dual connection? Simple. If cellular service is spotty, the Frontpoint Hub automatically switches to a backup WiFi connection — so your security system doesn't miss a beat. <br><br> **Source:** (https://www.frontpointsecurity.com/shop/hubkeypad) |

Claim Chart
'125 Patent Claim 38; Frontpoint

Page 1

| | | |
|---|---|---|
| [38a] at least one memory configured to store a unique identifier of a sensing device in association with a user account, the user account comprising unique phone identifier of a cellular phone; | The Frontpoint Hub can store device identifier data associated with a user account.<br><br>The Frontpoint Hub connects to Frontpoint's App which can be accessed from a user's mobile phone. Each sensor has an identifier that can be stored.<br><br>Therefore, the Frontpoint Hub comprises the memory configured to store a unique identifier of a device in association with a user account under the meaning of the claim. | <br><br>**Source:** (https://help.frontpointsecurity.com/en, Using your system, Arming and Disarming, "How can I see my sensors using the website?") |

| [38b] a central controller; | The Frontpoint Hub is an electronic device that can perform programmable actions.<br><br>Therefore, the Frontpoint Hub contains a central controller under the meaning of the claim. | KEY FEATURES:<br>• 100% pre-programmed<br>• Dual cellular / WiFi connection for added security<br>• Hub has 24-hour battery backup<br>• Data encryption<br>• Works with Frontpoint mobile app<br><br>**Source:** ([https://www.frontpointsecurity.com/shop/hubkeypad](https://www.frontpointsecurity.com/shop/hubkeypad)) |
|---|---|---|
| [38c] a short range wireless communication interface communicatively coupled to the central controller and configured to receive a wireless signal from a transmitter through a short range wireless channel; and | The Frontpoint Hub has Z-Wave capability. Therefore, the Frontpoint Hub contains the short range wireless communication interface under the meaning of the claim. | • Quick and easy security sensor, Z-Wave automation device, and camera pairing process<br><br>**Source:** ([https://help.frontpointsecurity.com/en](https://help.frontpointsecurity.com/en) > I need help with my system's equipment > Panels > Display Hub+ > Documentation > Display+ Hub Tech Specs and Features) |

Claim Chart
'125 Patent Claim 38; Frontpoint

Page 3

| | | |
|---|---|---|
| [38d] a network communication interface communicatively coupled to the central controller and configured to provide a wireless communication through a network communication channel, | The Frontpoint Hub is configured to provide wireless communication through Wi-Fi and cellular connection. Therefore, the Frontpoint Hub contains the network communication interface under the meaning of the claim. | KEY FEATURES:<br>• 100% pre-programmed<br>• Dual cellular / WiFi connection for added security<br>• Hub has 24-hour battery backup<br>• Data encryption<br>• Works with Frontpoint mobile app<br><br>**Source:** ([https://www.frontpointsecurity.com/shop/hubkeypad](https://www.frontpointsecurity.com/shop/hubkeypad)) |
| [38e] wherein the unique identifier of the sensing device is associated with the unique phone identifier of the cellular phone; | The Frontpoint Hub is associated with the user's account, which can be linked to the user's phone through the Frontpoint App. Therefore, the sensing devices are associated with the unique phone identifier under the meaning of the claim. | The Frontpoint mobile app is here to make your life easier, supporting a wide range of functions including:<br>• Home automation control<br>• Custom Scenes<br>• Saved video footage<br>• Detailed sensor history<br>• Remote access and control<br>• Access to live video<br><br>Keep reading to learn how to optimize your mobile app experience. <br><br>**Source:** ([https://help.frontpointsecurity.com/en](https://help.frontpointsecurity.com/en), Frontpoint Hub System Overview Booklet & Video, p.16) |

Claim Chart
'125 Patent Claim 38; Frontpoint

| | | |
|---|---|---|
| [38f] wherein the short range wireless communication channel is established for transmission of the wireless signal in response to a detection of an updated status by a sensor, the sensor and the transmitter being included in the sensing device, | The Frontpoint Hub can receive signals from Frontpoint sensors. When the Frontpoint sensors detect an updated status, they will transmit a signal. Therefore, the Frontpoint Hub contains the wireless communication channel under the meaning of the claim. | Strengthen your home's door and window security with these small, but mighty sensors. You'll always know if an entrance is exposed. Accidentally left a door or window open? Potential break in? Your sensors are on it. They'll immediately send a wireless signal to your Frontpoint Hub, triggering a high-decibel alarm that you — and any intruders — won't miss. You'll also receive an instant security alert on your smartphone via the Frontpoint mobile app.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/door-window-sensor) |
| [38g] the sensing device being designated to detect the updated status and transmit the wireless signal; | The Frontpoint Hub can receive signals from Frontpoint sensors. The Frontpoint sensors are configured to transmit a signal upon detection of an updated status. Therefore, the sensing devices are designated to detect an updated status and transmit the signal under the meaning of the claim. | Strengthen your home's door and window security with these small, but mighty sensors. You'll always know if an entrance is exposed. Accidentally left a door or window open? Potential break in? Your sensors are on it. They'll immediately send a wireless signal to your Frontpoint Hub, triggering a high-decibel alarm that you — and any intruders — won't miss. You'll also receive an instant security alert on your smartphone via the Frontpoint mobile app.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/door-window-sensor) |

| [38h] wherein the updated status is associated with a home device or an office device; | The Frontpoint Hub can be used in a home or office. The sensors can monitor the status of home or office devices. Therefore, the updated status is associated with a home device or an office device under the meaning of the claim. | The Frontpoint Touchscreen is easy to set up, simple to use and beautifully designed. You can add up to 4 touchscreens per Hub throughout your home or office for ultimate convenience and sound distribution.A new way to manage your home. Arm and disarm your system with ease plus conveniently control your lights, locks and sensors when you pair it with your Frontpoint Hub.The Frontpoint Touchscreen requires WiFi and to be connected to the same network as the Frontpoint Hub.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/touchscreen) |
|---|---|---|
| [38i] wherein the wireless signal comprises information corresponding to the unique identifier of the sensing device; | The Frontpoint Hub can receive signals from specific sensors relating to their unique identifier. Therefore, the wireless signal sent to the Frontpoint Hub comprises information corresponding to the unique identifier of the sensing device under the meaning of the claim. | Strengthen your home's door and window security with these small, but mighty sensors. You'll always know if an entrance is exposed. Accidentally left a door or window open? Potential break in? Your sensors are on it. They'll immediately send a wireless signal to your Frontpoint Hub, triggering a high–decibel alarm that you — and any intruders — won't miss. You'll also receive an instant security alert on your smartphone via the Frontpoint mobile app.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/door-window-sensor) |

Claim Chart
'125 Patent Claim 38; Frontpoint



**Source:** (https://help.frontpointsecurity.com/en, Using your system, Arming and Disarming, "How can I see my sensors using the website?")

| | | |
|---|---|---|
| [38j] wherein the wireless HUB system is further configured to identify the sensing device based on recognition of the information corresponding to the unique identifier; | The Frontpoint Hub can receive signals from specific sensors. The Frontpoint Hub can identify the sensor based on the identifier. Therefore, the Frontpoint Hub is configured to identify the sensing device under the meaning of the claim. | Strengthen your home's door and window security with these small, but mighty sensors. You'll always know if an entrance is exposed. Accidentally left a door or window open? Potential break in? Your sensors are on it. They'll immediately send a wireless signal to your Frontpoint Hub, triggering a high-decibel alarm that you — and any intruders — won't miss. You'll also receive an instant security alert on your smartphone via the Frontpoint mobile app. |

**Source:** (https://www.frontpointsecurity.com/shop/door-window-sensor)



**Source:** (https://help.frontpointsecurity.com/en, Using your system, Arming and Disarming, "How can I see my sensors using the website?")

| | | |
|---|---|---|
| [38k] wherein the wireless HUB system is further configured to communicate, via the network communication channel, a message about the updated status to the cellular phone; | The Frontpoint Hub can send alerts to the user's mobile phone. Therefore, the Frontpoint Hub is configured to communicate the updated status to the user's phone under the meaning of the claim. | Strengthen your home's door and window security with these small, but mighty sensors. You'll always know if an entrance is exposed. Accidentally left a door or window open? Potential break in? Your sensors are on it. They'll immediately send a wireless signal to your Frontpoint Hub, triggering a high-decibel alarm that you — and any intruders — won't miss. You'll also receive an instant security alert on your smartphone via the Frontpoint mobile app.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/door-window-sensor) |
| [38l] wherein the short range wireless channel established for the transmission of the wireless signal is separate from the network communication channel; | The Frontpoint Hub can use Z-Wave signals to communicate with system devices (short-range wireless channel). Separately, it contains Wi-Fi and cellular connection capability (network communication channel). Therefore, the short range wireless channel is separate from the network communication channel under the meaning of the claim. | • Quick and easy security sensor, Z-Wave automation device, and camera pairing process<br><br>**Source:** (https://help.frontpointsecurity.com/en > I need help with my system's equipment > Panels > Display Hub+ > Documentation > Display+ Hub Tech Specs and Features)<br><br>KEY FEATURES:<br>• 100% pre-programmed<br>• Dual cellular / WiFi connection for added security<br>• Hub has 24-hour battery backup<br>• Data encryption<br>• Works with Frontpoint mobile app<br><br>**Source:** (https://www.frontpointsecurity.com/shop/hubkeypad) |

Claim Chart
'125 Patent Claim 38; Frontpoint

Page 9

| | | |
|---|---|---|
| | | Frontpoint Wireless Door & Window Sensors are an essential part of every Frontpoint home security system. Built-in smart technology lets them easily connect wirelessly to the Frontpoint Hub.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/door-window-sensor) |
| [38m] wherein the wireless HUB system is configured to notify a user of the updated status according to a configuration setting; | The Frontpoint Hub alerts the user when sensors detect a status change and transmit it to the Hub. Therefore, the Frontpoint Hub is configured to notify a user of the updated status under the meaning of the claim. | Strengthen your home's door and window security with these small, but mighty sensors. You'll always know if an entrance is exposed. Accidentally left a door or window open? Potential break in? Your sensors are on it. They'll immediately send a wireless signal to your Frontpoint Hub, triggering a high-decibel alarm that you — and any intruders — won't miss. You'll also receive an instant security alert on your smartphone via the Frontpoint mobile app.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/door-window-sensor) |
| [38n] wherein the configuration setting specifies when and how to notify the user of the updated status; | The Frontpoint Hub can alert the user on their smartphone when certain conditions are met, such as the detection of an updated status. Therefore, the Frontpoint Hub's configuration setting specifies when and how to notify the user of the updated status under the meaning of the claim. | Strengthen your home's door and window security with these small, but mighty sensors. You'll always know if an entrance is exposed. Accidentally left a door or window open? Potential break in? Your sensors are on it. They'll immediately send a wireless signal to your Frontpoint Hub, triggering a high-decibel alarm that you — and any intruders — won't miss. You'll also receive an instant security alert on your smartphone via the Frontpoint mobile app. |

Claim Chart
'125 Patent Claim 38; Frontpoint

| | | Source: (https://www.frontpointsecurity.com/shop/door-window-sensor) |
|---|---|---|
| [38o] wherein the wireless HUB system is further configured to receive a signal through the network communication channel and convert the signal for production of corresponding information content; | The Frontpoint Hub can receive a signal from a camera and convert it to provide information. Therefore, the Frontpoint Hub is configured to receive and convert a signal for production of corresponding information content under the meaning of the claim. | REMOTE ACCESS<br><br>Set custom alerts, view live video, and watch recorded clips with audio– straight from the Frontpoint mobile app.<br><br>All recorded video clips are securely stored and captured with audio, so guests or family members can leave you audible messages. With 1080p High Dynamic Range (HDR) video and powerful night vision, Frontpoint's outdoor security camera is a cornerstone to home protection. |

Claim Chart
'125 Patent Claim 38; Frontpoint

Page 11

| | | Requirements for Installation and Mounting:<br>• Wi–Fi connection: 2.4 GHz or 5 GHz<br>• An outlet within 14 feet of the camera location to accommodate the length of the AC adapter cable<br>• Power Drill<br>• Drill bit<br>  ◦ When using the included wall anchors*: 1/4″ drill bit<br>  ◦ When wall anchors are not used: 5/32″ drill bit<br>*It is recommended to use the included wall anchors when installing screws into drywall or brick.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/outdoor-security-cameras) |
| [38p] wherein the signal comprises a compressed signal; | The Frontpoint Hub can receive a compressed signal from a camera. Therefore, the Frontpoint Hub's signal comprises a compressed signal under the meaning of the claim. | REMOTE ACCESS<br>Set custom alerts, view live video, and watch recorded clips with audio– straight from the Frontpoint mobile app.<br><br>All recorded video clips are securely stored and captured with audio, so guests or family members can leave you audible messages. With 1080p High Dynamic Range (HDR) video and powerful night vision, Frontpoint's outdoor security camera is a cornerstone to home protection.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/outdoor-security-cameras) |

Claim Chart
'125 Patent Claim 38; Frontpoint

| [38q] and wherein the wireless HUB system further comprises a decoder configured to decode the compressed signal. | The Frontpoint Hub can receive a compressed signal from a camera and decode it for production of a livestream or video. Therefore, the Frontpoint Hub contains a decoder configured to decode the compressed signal under the meaning of the claim. | REMOTE ACCESS<br><br>Set custom alerts, view live video, and watch recorded clips with audio– straight from the Frontpoint mobile app.<br><br>All recorded video clips are securely stored and captured with audio, so guests or family members can leave you audible messages. With 1080p High Dynamic Range (HDR) video and powerful night vision, Frontpoint's outdoor security camera is a cornerstone to home protection.<br><br>**Source:** (https://www.frontpointsecurity.com/shop/outdoor-security-cameras) |

Claim Chart
'125 Patent Claim 38; Frontpoint

Page 13